UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Tyler Harris,

    Plaintiff

v.

State of Nevada Unemployment,

    Defendant

Case No.: 2:24-cv-01870-JAD-DJA

**Order Adopting  
Report & Recommendation and  
Dismissing Case**

[ECF No. 8]

    On January 2, 2025, the magistrate judge screened Plaintiff Tyler Harris's complaint, found that the target defendant—the State of Nevada—is immune from suit under the Eleventh Amendment to the United States Constitution, and thus recommends that this case be dismissed and closed.[1] Any objection to that recommendation was due by January 16, 2025, but Harris neither objected nor moved to extend his time to do so. When no objections are filed, no review of a magistrate judge's report and recommendation is required.[2] Accordingly,

    IT IS ORDERED THAT the Report and Recommendation **[ECF No. 8] is ADOPTED** in full, and **this case is DISMISSED** without prejudice to Harris's ability to pursue his claims in Nevada State Court. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE.**

_____  
U.S. District Judge Jennifer A. Dorsey  
January 22, 2025

---

[1] ECF No. 8.

[2] *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).